# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ROBERT M. STARR and TERRI STARR

    Plaintiffs,                                        Case No.: 11-C-1109

   -vs-

ZICAM, LLC, ABC INSURANCE COMPANY,
a fictitious name (address unknown),
MATRIXX INITIATIVES, INC., and
DEF INSURANCE COMPANY,
a fictitious name (address unknown),

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Upon the foregoing Stipulation of all parties,

**IT IS HEREBY ORDERED** that the above-entitled action, together with all claims raised in the pleadings, be and the same hereby is dismissed on its merits with prejudice and without costs to any party.

Dated this 29th day of August, 2012.

                                                      **BY THE COURT,**

                                                      s/ William C. Griesbach
                                                      Honorable William C. Griesbach
                                                      The United States District Court - WIED